William Potruch, Respondent, v. Shep Realty Corporation, Appellant.— Motion for modification denied. Motion for resettlement denied. Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

The People of the State of New York, Respondent, v. David H. Bergman, Appellant.— Motion for reargument denied. Motion to resubmit motion heretofore made for resettlement granted, and upon such resubmission order resettled by providing that the judgment of conviction be unanimously reversed upon the law and the facts and new trial granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

The People of the State of New York, Respondent, v. Ralph Tuscillo, Appellant.— Motion for reargument granted and case set down for Monday, February 10, 1930. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

The People of the State of New York ex rel. The Cunningham Realty Company and American Manufacturing Company, Appellants, Respondents, v. Commissioners of Taxes and Assessments, Constituting the Board of Taxes and Assessments of The City of New York, Respondents, Appellants. Taxes of 1913, Taxes of 1914–1915, Taxes of 1916, Taxes of 1917, Taxes of 1918–1919–1920, Taxes of 1921, Taxes of 1922, Taxes of 1923–1924.— Motion to amend decision* denied, without costs. Present — Lazansky, P. J., Young, Kapper and Carswell, JJ.; Hagarty, J., not voting.

Louis Rosenthal, Respondent, v. Thomas P. Oates as President of Local Union Number One of the United Association of Journeymen Plumbers and Steam Fitters of the United States and Canada, an Unincorporated Association of Seven or More Members, Appellant.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

Harold L. R. Thomas, Respondent, v. Rose Edith Des Anges Hawkins, as Administratrix, etc., of Henry L. Des Anges, Deceased. Thomas Halsey Foster and Francis E. De Raismes, Appellants.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

Harry Segal and Sidney Segal, Copartners, Doing Business as Segal Manufacturing Company, Respondents, v. The Automobile Insurance Company of Hartford, Connecticut, and Title Guarantee and Trust Company, Appellants.— Motion for leave to withdraw appeal from order directing service of bill of particulars granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

Harry Segal and Sidney Segal, Copartners, Doing Business as Segal Manufacturing Company, Respondents, v. National Liberty Insurance Company of America, Appellant.— Motion for leave to withdraw appeal from order directing service of bill of particulars granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.